**Granted.**
9:49 AM, Oct 23, 2024

Karen L. Litkovitz
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SARAH RUIZ | ) | CASE NO.: 24:CV-00320 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| COMMISSIONER OF THE | ) | **NOTICE OF PLAINTIFF'S** |
| SOCIAL SECURITY | ) | **VOLUNTARY DISMISSAL** |
| ADMINISTRATION, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Sarah Ruiz, and Defendant, the Commissioner of the Social Security Administration, by and through their respective counsel, hereby give notice of their Joint Notice of Voluntary Dismissal of Plaintiff's Complaint, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This dismissal is without prejudice; costs to be borne by Plaintiff.

WHEREFORE, the parties to this action pray this Court will dismiss Plaintiff's Complaint without prejudice.

Respectfully submitted,

s/ Rachel C. Wilson
Rachel C. Wilson (#0068168)
Attorney for Plaintiff
1382 West 9th Street

Suite 420
Cleveland, OH 44113
216-925-5185
216-664-1287 – Fax
rachel@wilson-gillissie.com

s/David I. Blower
U.S. Social Security Administration - Baltimore
6401 Security Blvd
Baltimore, MD 21235
303-844-1571
303-844-0770 (fax)
david.blower@ssa.gov